No. 2010R01488

CR11 00556 LHK HRL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

*SEALED BY ORDER OF THE COURT*

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

---

### THE UNITED STATES OF AMERICA

*vs.*

**LILIA VALDERRAMA**

---

# INDICTMENT

-Count One: 21 U.S.C. § 841(a)(1) – Possession With Intent to Distribute and Distribution of Methamphetamine

---

*A true bill.*

_____
*Foreperson*

Filed in open court this  17th  day of  August

A.D. 2011

_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ NO BAIL / ARREST WARRANT



MELINDA HAAG (CABN 132612)
United States Attorney

FILED

2011 AUG 18 P 1:24

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

SEALED BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11 00556 |
| Plaintiff, | VIOLATION: 21 U.S.C. § 841(a)(1)– Possession With Intent to Distribute and Distribution of Methamphetamine |
| v. | |
| LILIA VALDERRAMA, | (SAN JOSE VENUE) |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (21 U.S.C. § 841(a)(1)-Possession With Intent to Distribute and Distribution of Methamphetamine)

On or about September 23, 2010, in the Northern District of California, the defendant,

LILIA VALDERRAMA,

did knowingly and intentionally possess with intent to distribute and distribute a Schedule II controlled substance, to wit more than 5 grams of methamphetamine, its salts, isomers, and salts

//
//

INDICTMENT

1  of its isomers, all in violation of Title 21, United States Code, Sections 841(a)(1) and
2  841(b)(1)(B)(viii).

4  DATED:                                              A TRUE BILL
5  8/17/2011
6                                                     FOREPERSON

8  MELINDA HAAG
   United States Attorney

11 
12 JEFFREY D. NEDROW
   Chief, San Jose Branch Office

15 (Approved as to form: _____)
                         AUSA O'CONNELL

INDICTMENT                                    2

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |||
|---|---|---|
| BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING || Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA<br>FILED |
| **OFFENSE CHARGED**<br>SEE ATTACHMENT<br>☐ Petty<br>☐ Minor<br>☐ Misdemeanor<br>☑ Felony<br><br>PENALTY:<br>SEE ATTACHMENT<br><br>SEALED BY ORDER OF THE COURT || **DEFENDANT - U.S.**<br>2011 AUG 18 P 1:24<br>LILIA VALDERRAMA<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT COURT NUMBER<br>CR 11 00556 HRL LHK |
| **PROCEEDING**<br>Name of Complaintant Agency, or Person (&Title, if any)<br>ATF<br><br>☐ person is awaiting trial in another Federal or State Court, give name of court<br><br>☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District<br><br>☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:<br>☐ U.S. Att'y ☐ Defense<br>☐ this prosecution relates to a pending case involving this same defendant<br>☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under<br><br>SHOW DOCKET NO.<br><br>MAGISTRATE CASE NO.<br><br>Name and Office of Person Furnishing Information on THIS FORM<br>MELINDA HAAG<br>☑ U.S. Att'y ☐ Other U.S. Agency<br><br>Name of Asst. U.S. Att'y (if assigned)<br>THOMAS M. O'CONNELL || **DEFENDANT**<br>**IS NOT IN CUSTODY**<br>Has not been arrested, pending outcome this proceeding.<br>1) ☑ If not detained give date any prior summons was served on above charges<br>2) ☐ Is a Fugitive<br>3) ☐ Is on Bail or Release from (show District)<br><br>**IS IN CUSTODY**<br>4) ☐ On this charge<br>5) ☐ On another conviction<br>6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State<br>If answer to (6) is "Yes", show name of institution<br><br>Has detainer been filed? ☐ Yes ☐ No<br>If "Yes" give date filed<br>Month/Day/Year<br><br>DATE OF ARREST ▶ Month/Day/Year<br>Or... if Arresting Agency & Warrant were not<br>DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year<br><br>☐ This report amends AO 257 previously submitted |
| **ADDITIONAL INFORMATION OR COMMENTS** |||
| PROCESS:<br>☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT Bail Amount: NO BAIL<br>If Summons, complete following:<br>☐ Arraignment ☐ Initial Appearance<br>Defendant Address:<br><br>*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment<br><br>Date/Time:<br>Before Judge:<br>Comments: |||

*United States v. Valderama*
**Penalty Sheet**

**Counts One & Two: 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(viii) - Possession with Intent to Distribute and Distribution of Methamphetamine**

|   |   |   |
|---|---|---|
| i   | Imprisonment:       | 5 years mandatory minimum<br>40 years maximum |
| ii.  | Fine:               | maximum $ 5,000,000 |
| iii. | Supervised release: | mandatory minimum 4-year release<br>life maximum |
| iv.  | Special assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging one prior felony narcotics conviction FILED:*

|   |   |   |
|---|---|---|
| i   | Imprisonment:       | 10 years mandatory minimum<br>life imprisonment maximum |
| ii.  | Fine:               | maximum $ 5,000,000 |
| iii. | Supervised release: | mandatory minimum 8-year release<br>life maximum |
| iv.  | Special assessment: | $100 |